**Herman P. Scher, plaintiff in error, v. Fred Becklenberg, defendant in error. Gen. No. 34,494.**

Heard in the third division of this court for the first district at the October term, 1930. ▮▮▮▮▮▮▮ Opinion filed March 11, 1931.

Cohon & Goldstein, for plaintiff in error; Maurice S. Palles, of counsel. Cloyes & Klingler, for defendant in error; Glenn G. Paxton, of counsel.

Mr. Justice Friend delivered the opinion of the court.

**George T. Hagstrom, appellee, v. Harry Gross, appellant. Gen. No. 34,135.**

Heard in the third division of this court for the first district at the February term, 1930. ▮▮▮▮▮▮ Opinion filed March 11, 1931. Rehearing denied March 25, 1931.

Louis Greenberg and George M. Tearney, for appellant. No appearance for appellee.

Mr. Justice Hebel·delivered the opinion of the court.

**Ethel Hill, appellee, v. Lincoln Burial Association, appellant. Gen. No. 34,147.**

Heard in the third division of this court for the first district at the February term, 1930. ▮▮▮▮▮▮ Opinion filed March 11, 1931.

Lewis E. Johnson, for appellant. E. P. Blakemore, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

**Millard State Bank, appellee, v. Andrew Dolejs, appellant. Gen. No. 34,169.**

Heard in the third division of this court for the first district at the February term, 1930. ▮▮▮▮▮▮ Opinion filed March 11, 1931.

Sumner C. Palmer, for appellant. William A. Raichart, for appellee; John P. Klein, of counsel.

Mr. Justice Hebel delivered the opinion of the court.